**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------  X

ARMAND EVANGELISTA, Individually And )
on Behalf of All Others Similarly Situated, )
                                        )
              Plaintiff, )
                                          )
      -against- )
                                          )   **Certificate of Service**

LATE STAGE ASSET MANAGEMENT, )
LLC, PRIOR 2 IPO INC., CAPITAL TRUTH )   Case No. 24-cv-05292-KAM-MMH
HOLDINGS LLC, CAPITAL TRUTH )
ADVISORS LLC PRE-IPO MARKETING )
INC., JL RIVERA ENTERPRISES LTD., )
VALEO CAPITAL CORPORATION, VERO )
ENTERPRISE HOLDINGS LLC, EARTH TO )
ENERGY, INC., AMERICAN BIOCARBON, )
LLC, GREEN LIFE FARMS, INC., CS )
SOLUTIONS, INC., RAYMOND J. )
PIRRELLO, JR., MARCELLO FOLLANO, )
JOSHUA CILANO, ROBERT CASSINO, )
ANTHONY DITUCCI, JOSEPH RIVERA, )
JOSEPH PASSALAQUA and JEAN HALLE, )
                                          )
            Defendants. )

---------------------------------------------------------------------  X

I, Henry Bloxenheim, declare the following pursuant to U.S.C. §1746:

1.      I am not a party to this action.

2.      I am a competent private person over the age of eighteen (18) years.

3.      On July 20, 2026, I sent copies of the Order to Show Cause, Motion for a Temporary Restraining Order, supporting memorandum, declarations, and exhibits to Brandywine Process Servers, LLC for service on Triller Group Inc. via its registered agent, **The Corporation Trust Company**, 1209 Orange Street, Wilmington, New Castle County, Delaware 19801.

4.      On that same day, and also through Brandywine Process Servers, LLC, I sent copies of the Order to Show Cause, Motion for a Temporary Restraining Order, supporting memorandum, declarations, and exhibits for service on the manager of Fortune Pre-IPO Offshore Fund Ltd., Gigafund Management Company, LLC, through its registered agent, Harvard Business Services, Inc., 16192 Coastal Highway, Lewes, Delaware 19958.

5.      I also contacted Nexus Legal Services, a process server in Florida, to effect service of the same documents on Royal Escrow Services, LLC, c/o Heidi E. Paleno, 5090 PGA Boulevard, Palm Beach Gardens, Florida 33418.

6.      We have reached out to service providers in both the British Virgin Islands and the Bahamas to effect service on Fortune Pre-IPO Offshore Fund, Ltd., Capital Truth Holdings Ltd. SAC1, Capital Truth Holdings Ltd., and Trendy Reach Holdings Limited. Due to the late hour, however, we were unable to finalize an agreement with either a Bahamian or British Virgin Islands service provider. Accordingly, as of the execution of this declaration, service has not yet been initiated on those parties. As time progresses, we hope to move forward with service on these parties as soon as practicable.

I state under penalty of perjury that the foregoing is true and correct.

1

Dated : July 21, 2026                    By: _____

                                         Henry Bloxenheim
                                         The Rosen Law Firm, P.A.
                                         275 Madison Avenue, 40th Floor
                                         New York, New York 10016

2