# JOHN E. LAWLOR, ESQ.
## ATTORNEY AT LAW
_____

55 Jericho Tpke., Ste. 205
Jericho, N.Y. 11753
(516) 248-7700
Fax:  (516) 742-7675
E-Mail:  JLawlor@johnelawlor.com

July 21, 2026

**VIA ECF**

Hon. Kiyo A. Matsumoto, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y.  11201

**Re:  Armand Evangelista, et al. v. Late Stage Asset Management, LLC, et al.
Civil Action No. 1:24-cv-5292 (KAM) (MMH)**

Honorable Judge Matsumoto:

I represent defendants Late State Asset Management LLC, Vero Enterprise Holdings LLC and Marcello Follano (the "Defendants herein") in the above-referenced matter.  Due to a scheduling conflict, so ordered depositions in another pending matter (Nalabotu v. Omnia, et al., 25-cv-8660 (SDNY)), I will be actually engaged at the time of, and we will not be in attendance at, the Court hearing concerning Plaintiff's Order to Show Cause for a Temporary Restraining Order ("TRO").  The fact that I will not be in attendance and have not had the opportunity to file formal opposition papers should not be construed as consent to the relief requested in the TRO which these Defendants hereby oppose, and we respectfully request that the Court consider the arguments of the other defendant parties who have made submissions and are appearing with respect to the application before the Court when determining the application for the TRO as they relate to the Defendants herein.  To the extent applicable to these Defendants, the submissions of the other defendants are incorporated by reference.

Respectfully submitted,

s/ John E. Lawlor
**JOHN E. LAWLOR, ESQ.**

cc:  All counsel via ECF