UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

1:24-CV-05292-KAM-MMH

*Index No.*

ARMAND EVANGELISTA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

*Plaintiff(s) Petitioner(s)*

*against*

LATE STAGE ASSET MANAGEMENT, LLC, ET AL.

*Defendant)s) Respondent(s)*

07/17/2026
Calendar No.

*l~ AFFIDAVIT OF SERVICE*

STATE OF DELAWARE, COUNTY OF: NEW CASTLE    Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at   Wilmington, DE

On 07/21/2026    at 4:00 P .M., at    C/O HARVARD BUSINESS SERVICES, INC., 16192 COASTAL HIGHWAY, LEWES, DE 19958

deponent served the within

☐ summons and complaint
☐ subpoena duces tecum   ☑
☐ citation

[PROPOSED] ORDER TO SHOW CAUSE FOR TRO, PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY; PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR TRO AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION; DECLARATION OF HENRY BLOXENHEIM IN SUPPORT OF MOTION FOR A TRO, PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY; EXHIBITS 1-6; EXHIBITS A-C;

on    GIGAFUND MANAGEMENT COMPANY, LLC    ☑ defendant   ☐ witness    hereinafter called    therein
  ☐ respondent    the recipient    lam ed

**INDIVIDUAL 1.** ☐   by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☑   a DELAWARE    corporation, by delivering thereat a true *copy of each* to   ALLISON RATHMANNER
personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be MANAGING AGENT EMPLOYED AT REGISTERED AGENT    thereof

**SUITABLE AGE PERSON 3.** ☐   by delivering thereat a true copy *of each* to    a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐   by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐   Deponent talked to    at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at    and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐   Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at    in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☑

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☑ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☑ Female | ☐ Black Skin | ☑ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100- 130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☑ 36-50 Yrs. | ☑ 5'4"-5'8" | ☑ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. [- I Over 6' | | ☐ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES** ☐   $    the authorizing traveling expenses    ☐ was paid (tendered) to the recipient _____
and one days' witness fee:    ☐ was mailed to the witness with subpeona copy.

**MILITARY SERVICE** ☐   I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 07/21/2026

_____
License No.

FRANK PRITCHETT

BRANDYWINE PROCESS SERVERS, LLC

P.O. BOX 1360 WILMINGTON, DE 19899

KEVIN STEWART DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires OCTOBER 8, 2027