UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARMAND EVANGELISTA, individually and On behalf of all others similarly situated, | Case No. 24-cv-05292-KAM-MMH |
| Plaintiff; | |
| -against- | |
| LATE STAGE ASSET MANAGEMENT, LLC, PRIOR 2 IPO INC., CAPITAL TRUTH HOLDINGS LLC, CAPITAL TRUTH ADVISORS, LLC, PRE-IPO MARKETING INC., JL RIVERA ENTERPRISES LTD., VALEO CAPITAL CORPORATION, VERO ENTERPRISE HOLDINGS LLC, EARTH TO ENERGY, INC., AMERICAN BIOCARBON, LLC, GREEN LIFE FARMS, INC., CS SOLUTIONS, INC., RAYMOND J. PIRRELLO, JR., MARCELLO FOLLANO, JOSHUA CILANO, ANTHONY DITUCCI, JOSEPH RIVERA, JOSEPH PASSALAQUA and JEAN HALLE, | |
| Defendants | |

**DECLARATION OF MARTIN H. KAPLAN IN SUPPORT OF
LETTER TO THE COURT DATED JULY 27, 2026**

Pursuant to 28 U.S.C. § 1746, I, Martin H. Kaplan, deposes and says as follows:

1.     I am the Managing Member of the law firm Gusrae Kaplan Nusbaum PLLC, which is counsel for Defendant Joshua Cilano and Capital Truth Holdings, LTD. in the above-captioned action, and submit this Declaration in support of my letter (the "**Letter**") to your honor dated July 27, 2026.

1

2.      As regards the Letter to the Court, I attest that upon information and belief the statements in the Letter are true.

3.      Attached hereto as Exhibit A is the Declaration of Wing Fai.

4.      Attached hereto as Exhibit B is the Fully Executed Membership Interest Purchase Agreement dated June 23, 2026.[1]

5.      Attached hereto as Exhibit C is both Schedules Is to the Membership Interest Purchase Agreement dated June 23, 2026.

6.      Attached hereto as Exhibit D is the Declaration of Ravindra Pumagame in Support of Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction, dated July 16, 2026. (Dkt. No. 115-1).

7.      Attached hereto as Exhibit E is an email notification from Late Stage Asset Management sent on July 1, 2026.[2]

8.      Attached hereto as Exhibit F is an email notification from Late Stage sent on July 9, 2026.

9.      Attached hereto as Exhibit G is Capital Truth Holdings LTD. Bahamian Certificate of Incorporation.

10.     Attached hereto as Exhibit H is Fortune Fund Pre-IPO Offshore Fund, LTD.'s registration with the British Virgin Islands Financial Services Commission.

11.     Attached hereto as Exhibit I is a printout of Gigafund's website.

---

[1] Exhibits B, C, G, J and L are made in reliance on the Declaration of Joshua Cilano as custodian of the records for Capital Truth Limited, LTD.
[2] Exhibits E and F are made in reliance on the Declaration of Marcello Follano.

12.     Attached hereto as Exhibit J is a Spreadsheet of SpaceX interests purchased by Capital Truth Holdings LTD and a listing of redemptions of SpaceX indirect ownership interests.

13.     Attached hereto as Exhibit K is Triller's 8-K filing dated on June 23, 2026 with the SEC located at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001769624/00012139002607178 4/ea0295412-8k_triller.htm.

14.     Attached hereto as Exhibit L is the fully executed Extension Notice dated July 26, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 27, 2026
        New York, New York

/s/ Martin H. Kaplan
Martin H. Kaplan