# EXHIBIT C

Case 1:24-cv-05292-KAM-MMH    Document 144-4    Filed 07/27/26    Page 1 of 3 PageID #: 1373

**Schedule I**
**to**
**Membership Interest Purchase Agreement**

The Indirect Ownership in Capital Truth Holdings Ltd. SAC1
Representing:

| Entity | Indirect Ownership |
|---|---|
| Fortune Pre-IPO Offshore Fund Class NNN | 733,415 |
| Fortune Pre-IPO Offshore Fund Class TTT | 595,240 |
| Fortune Pre-IPO Offshore Fund Class VVVV | 1,500,000 |
| Fortune Pre-IPO Offshore Fund Class VVVVV | 1,088,530 |

Schedule I
to
Membership Interest Purchase Agreement

Illustrative Example of Carried Interest Contingencies*
Original Investment & Pre 5-for-1 Stock Split (May 22, 2026)

| Share Class | Subscription Amount | Pre-Split Share Price | Pre-Split Shares | Post-Split Shares | Carry | 9/30/25 NAV | 9/30 Share Price | Carry Adjusted Shares |
|---|---|---|---|---|---|---|---|---|
| Share NNN | $4,913,970 | $335.00 | 14,669 | 146,686 | 20% | $22,386,218 | $212.00 | 105,595 |
| Share TTT | $5,000,000 | $420.00 | 11,905 | 119,048 | 20% | $20,288,761 | $212.00 | 95,702 |
| Share VVVV | $15,450,000 | $515.00 | 30,000 | 300,000 | 20% | $51,425,117 | $212.00 | 242,571 |
| Share VVVVV | $12,300,375 | $565.00 | 21,771 | 217,706 | 20% | $40,639,878 | $212.00 | 191,698 |
| TOTAL | $37,664,345 | | 78,345 | 783,439 | | $134,739,974 | | 635,566 |

* For the avoidance of doubt it is expected that the pre-carried interest or like charges before deductions represent approximately 783,000 shares (3,915,000, post 5-for-1 split), which will be reduced due to the related carried interest and like charges, which will reduce the delivered shares to approximately 635,000 shares (3,175,000 post 5-for-1 split).

13