# EXHIBIT E

# EXHIBIT B

*Manager of Late Stage Funds*

---

## IMPORTANT NEWS

---



Dear Investors,

Late Stage Funds has received notice that, as of June 25, 2026, approximately 70-80% of the Fund`s SpaceX position has been liquidated.

The proceeds from the transaction are expected to be received over the next several weeks. As proceeds are received by the Fund, distributions will be made to investors as promptly as practicable.

Although the investment was originally subject to a twelve-month holding restriction, this partial liquidation has occurred prior to the expiration of that period.

We will continue to keep investors informed as additional proceeds are received and distributed.

Thank you for your continued confidence in Late Stage Funds.