# EXHIBIT F

2:40   .ul 5G 73



This may not be distributed to other than the intended recipient. Unauthorized reproduction or distribution of all or any this is strictly prohibited.

| Notice to members ? SpaceX Position |
|---|
| 2026-07-09 |

↺   ∧



## IMPORTANT NEWS



No funding of the sale of SpaceX has occurred and monies will be disbursed when appropriate.

Sincerely,
Late Stage Funds

**Login To Your Account**

## Late Stage Management VIII

415-226-4062

2:40    5G 73

mms.latestagefunds.com

# Ravindra Pumagame

🔒 Unlock Holdings / Requests

✛ Distribution Details - View or Edit or Provide

✕

## Email History

---

### General Update

2026-07-22

↺  ⌄

---

### Notice to members ? SpaceX Position

2026-07-09

↺  ⌄

---

### Notice to members ? SpaceX Position

2026-07-09

↺  ⌄

---

### Notice to members ? SpaceX Position

2026-07-01

↺  ⌄

---

### Notice to members ? SpaceX Position

2026-07-01

↺  ⌄

---

### NO ACTION REQUIRED IMPORTANT UPDATE

2026-03-25

↺  ⌄

---

### Information - Late Stage Funds

2023-12-16