# EXHIBIT G



## Commonwealth of The Bahamas

IBC 01

## The International Business Companies Act

# Certificate of Incorporation

(SECTION 16)

No. 205017 B

**CAPITAL TRUTH HOLDINGS LIMITED**

I, ELLICE SALLYANN LOCKHART-PRATT, Acting Registrar General of the Commonwealth of The Bahamas,

do hereby certify, pursuant to the International Business Companies Act 2000,

that all the requirements of the said Act in respect of incorporation have been satisfied, and that

**CAPITAL TRUTH HOLDINGS LIMITED**

is incorporated in the Commonwealth of The Bahamas as an International Business Company.

this **17th day of April, 2020**

Authentication Code: QJjdnYV5710a

**Commonwealth of Bahamas
Registrar General's Office**
I certify the foregoing to be a true copy of
the original deposited in this office.

_Registrar General_



Given under my hand and seal of office
at Nassau in the Commonwealth of The
Bahamas

**Acting Registrar General**

April 17, 2020
Authentication Code: OOUFiYE5710c