# EXHIBIT H

Case 1:24-cv-05292-KAM-MMH    Document 144-9    Filed 07/27/26    Page 2 of 3 PageID #: 1392



**British Virgin Islands**
**Financial Services Commission**

About Us        Entities        Beneficial Ownership        AML/CFT        Sandbox        International Sanctions        Library        News

Annual Returns        Events

# Fortune Pre-IPO Offshore Fund, Ltd.

May 26, 2026

**Entity Type:** Professional Funds (/terms/regulated-entities/professional-funds)
**Name:** Fortune Pre-IPO Offshore Fund, Ltd.
**Entity Status:** Currently Regulated Entities (/terms/regulation-status/currently-regulated-entities)

British Virgin Islands Financial Services Commission uses cookies to capture data, allowing us to improve our site experience for everyone. To learn about how we use cookies please visit our privacy policy (/privacy-policy)

**I understand**

Case 1:24-cv-05292-KAM-MMH    Document 144-9    Filed 07/27/26    Page 3 of 3 PageID #: 1393

British Virgin Islands Financial Services Commission uses cookies to capture data, allowing us to improve our site experience for everyone. To learn about how we use cookies please visit our privacy policy (/privacy-policy)

**I understand**