# EXHIBIT I

Case 1:24-cv-05292-KAM-MMH    Document 144-10  Filed 07/27/26    Page 2 of 13 PageID #: 1395

Gigafund

**G I G A F U N D**

# W H O   W E   A R E

—

Gigafund is a venture capital firm backing the world's most ambitious and transformative entrepreneurs. We make long-term concentrated investments in founders who are capable of growing with their companies and maximizing impact over a period of decades.

# O U R   P H I L O S O P H Y

▬

Building significant businesses that create or transform industries requires a different type of stamina, independent thought, vision, and backing. Before we invest in a company, we ask ourselves: Do we expect this company to be one of the world's most significant and transformative businesses 20 years from today? Also, will this founder stick with their company for that period of time and ensure that it achieves its full potential?

Truly transformative companies rarely fit into pre-defined boxes. Limiting focus to "yesterday's" best-performing industries will miss these companies. This is why Gigafund invests in all sectors, geographies, and stages, which is similar to the strategy that our founders successfully deployed at Founders Fund. We seek founders who look past short-term trends, industry structures, and technology opportunities and instead use first principles to solve the world's biggest problems. These transformative businesses tend to produce very substantial gains in the long-term, which

Case 1:24-cv-05292-KAM-MMH    Document 144-10    Filed 07/27/26    Page 4 of 13 PageID #: 1397

Gigafund

is why we expect that a long-term focus will outperform the traditional 10-year venture model when it comes to investments in this type of entrepreneur.

The difference between an average and an extraordinary business or entrepreneur becomes clear when looking out 20 years, which is why almost all of our funds will be invested into a handful of companies that we anticipate will become the world's most significant. Most of the return potential from venture capital backed companies comes from 1-2 companies per decade.

# PORTFOLIO COMPANIES

—

SPACEX

Case 1:24-cv-05292-KAM-MMH    Document 144-10    Filed 07/27/26    Page 5 of 13 PageID #: 1398

Gigafund

We have invested over $1 billion in SpaceX since starting Gigafund in July 2017. Our founders started backing the company during their time at Founders Fund. In 2008, Luke Nosek was the first venture capital investor to back SpaceX and has served on the board of the company since then. SpaceX currently dominates the commercial launch market and is developing significant businesses in telecom, transportation, and space exploration.

## GAUNTLET AI

Gauntlet AI offers a free three month education program that trains people on how to effectively utilize AI as a tool in software development. Gauntlet helps employers hire phenomenal talent and it that has helped students obtain life-changing increases to their income. All graduates of their free program are guaranteed a salary of at least $200K.

## THE BORING COMPANY

Gigafund

The Boring Company's mission is to end soul-destroying traffic by significantly reducing the cost of building underground tunnels.

## LAST ENERGY

Last Energy is creating clean, low-cost nuclear power to meet the world's growing energy demands and reverse the effects of climate change.

## COVER

In order to keep housing affordable, we need millions of new homes. Cover is preparing to mass manufacture high-end, well-designed homes at a fraction of the cost of traditional housing.

## SANA BENEFITS

Sana Benefits helps small businesses save significant amounts on health insurance. Long-term, we believe the company will be in a position to fix the healthcare

Case 1:24-cv-05292-KAM-MMH    Document 144-10    Filed 07/27/26    Page 7 of 13 PageID #: 1400

Gigafund

system and deliver better health outcomes at lower costs.

## VERYABLE

Veryable is an on-demand labor marketplace that helps manufacturers manage fluctuations in supply and demand and accelerate growth, introducing innovations that will transform the manufacturing industry.

## ATOMIC MACHINES

Atomic Machines aims to kickstart a new age of atomically precise manufacturing, beginning with significant improvements to the fabrication of micro-electromechanical systems.

## NEURALINK

Neuralink is building devices that will help people with paralysis, expand human abilities, and unlock new

frontiers at the intersection of cognition and artificial
intelligence.

### LABGENIUS

LabGenius develops new protein therapeutics by
using machine learning, synthetic biology, and robotics
to rapidly explore an enormous number of potential
proteins to find the ones that have the best properties
for the desired application.

### OTHRAM

Othram's forensic genomics technology has helped
law enforcement crack cases at the local, state, and
federal level, including a large number of cases that
had been unsolved for decades.

### EMERALD CLOUD LAB

ECL operates fully software controlled, highly
automated life science laboratories that allow

Case 1:24-cv-05292-KAM-MMH    Document 144-10    Filed 07/27/26    Page 9 of 13 PageID #: 1402

scientists to design, execute, and analyze experiments remotely from anywhere on earth. It significantly improves the speed, reliability, scalability, and cost of scientific research.

### LOVE.LIFE

Love.Life unites the power of nourishing food, holistic medical care and precision wellness therapies to promote healing, optimization, longevity and community. The company is led by John Mackey, the co-founder and former CEO of Whole Foods.

# T E A M

—

Case 1:24-cv-05292-KAM-MMH   Document 144-10   Filed 07/27/26   Page 10 of 13 PageID #: 1403



## STEPHEN OSKOUI
### CO-FOUNDER & MANAGING PARTNER

Stephen is Co-founder and Managing Partner of Gigafund. Before cofounding Gigafund, Stephen was a Venture Partner at Founders Fund, as well as Founder and CEO of Smiley Media, a performance-based marketing company that drove more than $1 billion in sales for its clients. In his role as Managing Partner of Gigafund, Stephen has made significant investments in SpaceX, Neuralink, and the Boring Company. He is a board member at Gauntlet AI, Veryable, Sana Benefits, Cover Homes, Emerald Cloud Lab, Othram, Love.Life, and Utility Profit, as well as a board observer at Last Energy and Angel Studios.

### LINKEDIN

Case 1:24-cv-05292-KAM-MMH    Document 144-10    Filed 07/27/26    Page 11 of 13 PageID #: 1404

Gigafund



## LUKE NOSEK
### CO-FOUNDER & PARTNER

Prior to cofounding Gigafund, Luke cofounded PayPal and served as the company's VP of Marketing and Strategy. After selling PayPal to eBay, Luke launched Founders Fund with Peter Thiel and Ken Howery. At Founders Fund, Luke led the first venture investment in Elon Musk's SpaceX in 2008 and has served on the SpaceX board since then. Luke also sits on the boards of Last Energy, ResearchGate, and Luminous Computing.

### LINKEDIN

Case 1:24-cv-05292-KAM-MMH    Document 144-10    Filed 07/27/26    Page 12 of 13 PageID #: 1405

Gigafund



## LEMUEL ANAEJIONU
### GENERAL COUNSEL & CHIEF COMPLIANCE OFFICER

Lem is the General Counsel and Chief Compliance Officer of Gigafund. Before joining Gigafund in 2018, Lem practiced corporate law at Proskauer in New York City and founded a boutique law firm in Austin that served startup founders and investors. Lem also started a textbook company while a finance undergraduate at the University of Texas and earned his JD and MBA from Columbia University.

### LINKEDIN

Case 1:24-cv-05292-KAM-MMH    Document 144-10    Filed 07/27/26    Page 13 of 13 PageID #: 1406

Gigafund

# LOCATION

UNITED STATES

AUSTIN, TX