# EXHIBIT J

**SpaceX OPEN POSITIONS**

| Date | Buyer (CTH) | SELLER | Quantity of shares* indirectly controlled |
|---|---|---|---|
| 1/21/2020 | CTH | EAC | 560 |
| 12/10/2020 | CTH | EAC | 68,760 |
| 1/18/2022 | CTH | EAC | 107,270 |
| 1/18/2022 | CTH | EAC | 36,730 |
| 4/19/2022 | CTH | EAC | 80,000 |
| 10/26/2020 | CTH | Fortune Pre IPO Offshore Fund | 73,340 |
| 10/26/2020 | CTH | Fortune Pre IPO Offshore Fund | 73,340 |
| 2/10/2021 | CTH | Fortune Pre IPO Offshore Fund | 119,040 |
| 7/12/2021 | CTH | ZANBATO (Fortune Pre IPO Offshore Fund) | 300,000 |
| 10/13/2021 | CTH | ZANBATO (Fortune Pre IPO Offshore Fund) | 132,750 |
| 10/28/2021 | CTH | ZANBATO (Fortune Pre IPO Offshore Fund) | 84,950 |
| | | | **1,076,740** |

*Share quantities do not reflect the five to one positive split of the SpaceX shares prior to the IPO.

**SpaecX REDEEMED POSITIONS**

| Date | CTH | SELLER | Quantity of shares indirectly controlled at redemption |
|---|---|---|---|
| 2/3/2020 | CTH | EAC | 40,000 |
| 6/10/2020 | CTH | EAC | 20,000 |
| 12/15/2020 | CTH | Empros | 100,000 |
| 2/11/2021 | CTH | EMPROS | 72,160 |
| 2/11/2021 | CTH | EMPROS | 68,000 |

| | | | |
|---|---|---|---:|
| 4/7/2021 | CTH | EMPROS | 140,000 |
| 4/12/2021 | CTH | EMPROS | 117,000 |
| 5/3/2021 | CTH | EMPROS | 57,000 |
| 5/19/2021 | CTH | EMPROS | 20,000 |
| 9/28/2021 | CTH | EMPROS | 59,090 |
| 7/12/2021 | CTH | EMPROS | 59,290 |
| 1/6/2022 | CTH | ZANBATO #1 GIGAFUND | 53,570 |
| 6/27/2023 | CTH | ZANBATO | 20,000 |
| 7/7/2023 | CTH | ZANBATO | 2,018 |
| 8/18/2023 | CTH | ZANBATO | 17,099 |
| | | | **845,227** |