# EXHIBIT L

**EXTENSION NOTICE**

July 26, 2026

**By Email**
Trendy Reach Holdings Limited (Buyer)
20F Foyer, 625 King's Road
North Point, Hong Kong S.A.R.
Attention: Triller Group Inc.
Email: almond.wong@agba.com

**By Email**
Loeb & Loeb LLP
345 Park Ave
New York, NY 10154
Attn: Lawrence Venick
Email: lvenick@loeb.com

**By Email**
Triller Group Inc. (Buyer Manager)
1301 N Broadway, Suite 98065
Los Angeles, CA 90012
Attention: Ng Wing Fai
Email: wfn@agba.com

Re: Written Notice of Extension of Membership Interest Purchase Agreement

Reference is made to that Membership Interest Purchase Agreement made effective and entered into as of June 23, 2026 (the "MIPA"), by and among, Capital Truth Holdings Ltd. ("Seller"), Trendy Reach Holdings Limited ("Buyer"), Capital Truth Holdings, Ltd. SAC 1 (the "Company") and the other Parties signatory thereto, pursuant to which Seller agreed to sell to Buyer and Buyer agreed to purchase from Seller the outstanding membership interests (the "Transaction") of the Company, on the terms and conditions set forth therein. Capitalized terms used but not defined in this Extension Notice have the meanings assigned to such terms in the MIPA.

Because pursuant to Section 4.03(a) of the MIPA, the Closing of the purchase by the Buyer from the Seller of the Seller's membership interests, did not occur by July 23, 2026 (the date 30 days after the June 23, 2026 Execution Date, or the Outside Closing Date), the Buyer by delivery of this Extension Notice extends the MIPA and all obligations and rights of Buyer, Seller and the other Parties thereunder to August 26, 2026.

MIPA Section 1.02 is further modified to provide that any funds paid into escrow during the pendency of the Transaction shall be held in the IOLA escrow account of Gusrae Kaplan Nusbaum PLLC:

Gusrae Kaplan Nusbaum PLLC IOLA Account
TD Bank
2 Wall Street
New York, NY
ABA # 026013673
ACCOUNT # 7923153741

Any funds received in escrow shall be held pending satisfaction of the terms of the MIPA

Seller notes that neither the Purchase Price nor any portion thereof has been received by Seller or deposited into any Escrow Account.

Agreed and accepted this 26th day of July 2026.

TRENDY REACH HOLDINGS LIMITED          CAPITAL TRUTH HOLDINGS, LTD. SAC 1

_____          _____

By Ng Wing Fai                                               By Joshua Cilano

Group CEO                                                      Manager